UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT L. WELCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:10CV0021 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, filed March 3, 2011. See 28 U.S.C. §636. In his report, Magistrate Judge Adelman recommends that the Court affirm the decision of the Commissioner, and dismiss Claimant's Complaint with prejudice. The parties were granted until March 17, 2011, to object to the recommendation, but no objections have been filed to date.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Claimant's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 17th day of March, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE